PER CURIAM.
Affirmed. See McLaughlin v. Department of Natural Resources, 526 So.2d 934 (Fla. 1st DCA 1988); Holmes v. Turlington, 480 So.2d 150 (Fla. 1st DCA 1985); Heifetz v. Department of Business Regulation, Div. of Alcoholic Beverages & Tobacco, 475 So.2d 1277 (Fla. 1st DCA 1985); City of Miami v. Kory, 394 So.2d 494 (Fla. 3d DCA 1981); State Beverage Department v. Ernal, Inc., 115 So.2d 566 (Fla. 3d DCA 1959); Section 916.178, Florida Statutes (1987). Compare Griessenaur v. Department of Energy, 754 F.2d 361 (U.S.Ct.App.Fed.Cir.1985).